1  SUSAN E. KIRKGAARD - SBN 134915
   DIEPENBROCK HARRISON
2  A Professional Corporation
   400 Capitol Mall, Suite 1800
3  Sacramento, CA 95814
   Telephone: (916) 492-5000
4  Facsimile: (916) 446-4535
   Email Address: skirkgaard@diepenbrock.com
5
   Attorneys for Plaintiff DT Floormasters, Inc.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  DT FLOORMASTERS, INC., a           )   **CASE No. C 07-02120 CRB**
    California corporation,            )
12                                     )   **STIPULATION AND ORDER RE:**
            Plaintiff,                 )   **CONTINUANCE OF HEARING DATE**
13                                     )   **FOR INITIAL CASE MANAGEMENT**
        v.                             )   **CONFERENCE FILED BY PLAINTIFF DT**
14                                     )   **FLOORMASTERS, INC.**
    UNITED STATES OF AMERICA,          )
15                                     )
            Defendant.                 )
16  _____     )

17      Plaintiff DT Floormasters, Inc. (herein "Plaintiff") by and through its attorney

18  Susan E. Kirkgaard of Diepenbrock Harrison, and Defendant United States of America

19  ("Defendant") by and through its counsel Thomas Moore of the United States

20  Attorney's office, hereby stipulate as follows:

21      The initial case management conference currently on calendar for August 3,

22  2007 will be moved to August 10, 2007, at the request of and to accommodate

23  Plaintiff's counsel, who is unavailable that day.

24      The parties further stipulate that the Joint Case Management Statement will be

25  filed no later than July 31, 2007.

26                          DIEPENBROCK HARRISON
                            A Professional Corporation
27
    Dated: 7 - 26, 2007     By:
28                             SUSAN E. KIRKGAARD
                            Attorneys for Plaintiff DT Floormasters, Inc.

Diepenbrock
Harrison

1  Dated: _____, 2007    SCOTT N. SCHOOLS
                                 United States Attorney
2

3                                By: _____
4                                    Thomas Moore
                                 Assistant United States Attorney, Tax Division
5

6                                        **ORDER**

7           FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

8

9

10  Dated: ___July 27_____, 2007    CHARLES R. BREYER
                                     UNITED STATES DISTRICT
11
12                                   IT IS SO ORDERED
13
14                                   Judge Charles R. Breyer
15
16
17
18
19
20
21
22
23
24
25
26
27
28