SUSAN E. KIRKGAARD (SBN 134915)
KRISTA J. DUNZWEILER (SBN 227384)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Plaintiff DT Floormasters, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DT FLOORMASTERS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: C 07-02120 CRB<br><br>**STIPULATION TO TRANSFER THIS MATTER TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA AND ORDER THEREON** |

A wrongful levy claim against the United States may only be prosecuted in the judicial district where the property is situated at the time of the levy. 28 U.S.C. §1402(c). To the extent that the property levied as described in the complaint on file in the above-entitled action was situated in Jefferson, Clark County, Indiana at the time of the levy, as defendant claims, the proper venue for the action is the Southern District of Indiana.

///

///

///

DIEPENBROCK HARRISON ATTORNEYS AT LAW

I:\SEK\Clients\3631-002 DT Floormasters - Innovative Personnel Services\Pleadings\Stip To Transfer.Doc
Stipulation To Transfer This Matter To The Us District Court For Southern District

1

| | |
|---|---|
| 1 | It is hereby stipulated by and between plaintiff DT Floormasters, Inc. and defendant United States of America that this matter be transferred for adjudication to the United States District Court for the Southern District of Indiana, effective August 9, 2007. The parties agree request that the Case Management Conference now scheduled for Friday, August 10, 2007, be vacated. |

Dated: August 75, 2007

DIEPENBROCK HARRISON
A Professional Corporation

By _____
SUSAN E. KIRKGAARD
KRISTA J. DUNZWEILER
Attorneys for Plaintiff DT Floormasters, Inc.

Dated: August 8, 2007

SCOTT N. SCHOOLS
United States Attorney

By: _____
THOMAS MOORE
Assistant United States Attorney
Attorneys for Defendant United States of America

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** that the case be transferred to the jurisdiction of the United States District Court, Southern District of Indiana, effective August 9, 2007.

Dated: August 9, 2007

UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2

DIEPENBROCK HARRISON ATTORNEYS AT LAW

I:\SEK\Clients\3631-002 DT Floormasters - Innovative Personnel Services\Pleadings\Stip To Transfer.Doc
Stipulation To Transfer This Matter To The Us District Court For Southern District

AUG-08-2007 16:20 From:US ATTORNEY   4154366748   To:9164464535   P.3/3